|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 21 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JOHN DOE, an individual; et al.,<br><br>   Plaintiffs-Appellants,<br><br>  v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT; et al.,<br><br>   Defendants-Appellees. | No.   21-56259<br><br>D.C. No. 3:21-cv-01809-CAB-LL<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: PAEZ, RAWLINSON, and WATFORD, Circuit Judges.

The unopposed motion to dismiss this appeal as moot (Docket Entry No. 36) is granted.

Appellants' opposed request to vacate the district court's order denying a preliminary injunction and this court's order denying an injunction pending appeal is denied. *See Dilley v. Gunn*, 64 F.3d 1365, 1369-71 (9th Cir. 1995) (explaining equitable considerations for the "extraordinary remedy of vacatur" (citation and internal quotation marks omitted)).

**DISMISSED.**

MKS/MOATT