UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 13 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN DOE, an individual; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT; et al.,<br><br>        Defendants - Appellees. | No. 21-56259<br><br>D.C. No. 3:21-cv-01809-CAB-LL<br>U.S. District Court for Southern California, San Diego<br><br>**MANDATE** |

The judgment of this Court, entered April 21, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7